GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**DOUGLAS MOSS**

Crim. No. 7:18-CR-00019-001 (LAG)

On October 25, 2019, Douglas Moss was sentenced by the Honorable Hugh Lawson to 97 months imprisonment to be followed by three years of supervised release for Conspiracy to Commit Health Care Fraud in violation of Title 18 U.S.C. § 1349 and Health Care Fraud in violation of Title 18 U.S.C. § 1347(a)(1) & (2)

The person under supervision filed a Motion for Early Termination of Supervised Release (Doc. 234) on October 27, 2026. Douglas Moss has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Douglas Moss be discharged from supervision.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of November, 2026.

Leslie Abrams Gardner

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE